# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Foley, Jr., George W. | U.S. District Court of Nevada | 01/23/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge - Full-time | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>08/05/2019 |

**7. Chambers or Office Address**

333 Las Vegas Boulevard South
Room 3099
Las Vegas, Nevada 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foley, Jr., George W. | 01/23/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foley, Jr., George W. | 01/23/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foley, Jr., George W. | 01/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | John Hancock Large Cap Core CL I | A | Dividend | M | T | Sold (part) | 05/14/19 | J | D | |
| 2. | MFS Value CL I | B | Dividend | L | T | Sold (part) | 05/14/19 | J | D | |
| 3. | Sentinel Group Small Co CL A | A | Dividend | K | T | | | | | |
| 4. | John Hancock Disciplined Value I | A | Dividend | K | T | | | | | |
| 5. | John Hancock Income CL I | B | Dividend | L | T | Buy (add'l) | 05/14/19 | K | | |
| 6. | Principal High Yield CL P | B | Dividend | L | T | | | | | |
| 7. | Principal Mid Cap Instl CL | A | Dividend | K | T | | | | | |
| 8. | DWS Small Cap Core CL S | A | Dividend | J | T | | | | | |
| 9. | LPL Financial (LPL) Deposit Cash Account Program | A | Interest | J | T | | | | | |
| 10. | John Hancock Large Cap Core CL I | A | Dividend | L | T | | | | | |
| 11. | MFS Value CL I | A | Dividend | K | T | | | | | |
| 12. | Blackrock US Opps Port Instl CL | A | Dividend | J | T | | | | | |
| 13. | MFS New Discovery | A | Dividend | K | T | | | | | |
| 14. | Oppenheimer Developing Markets Y | A | Dividend | J | T | | | | | |
| 15. | John Hancock Disciplined Value I | A | Dividend | J | T | | | | | |
| 16. | John Hancock Income CL I | A | Dividend | K | T | | | | | |
| 17. | Principal High Yield CL P | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foley, Jr., George W. | 01/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | MFS Intl Diversification CL I | A | Dividend | J | T | | | | | |
| 19. | LPL Financial (LPL) Deposit Cash Account Program | A | Interest | J | T | | | | | |
| 20. | Oppenheimer PS Moderate Investor A | A | Dividend | K | T | Sold (part) | 06/27/19 | J | B | |
| 21. | Oppenheimer Money Market, Inc. | A | Interest | J | T | | | | | |
| 22. | Ethereum | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foley, Jr., George W. | 01/23/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item listed in Part VII, page 4, line 2, MFS Value CL I is the same as referenced in my 2016 report as MFS Calue (sic) CL I.

Item listed in Part VII, page 4, line 3, Sentinel Group Small Co CL A is the same as referenced in my 2016 report as Sentinel Group Samll (sic) Co CL A

Item listed in Part VII, page 4, line 6, Deutsche Small Cap Value CL S changed name to DWS Small Cap Core CL S on 2/13/2018 as seen in Part VII, page 4, line 8.

Item listed in Part VII, page 4, line 9, LPL Financial (LPL) Deposit Cash Account (DCA) Program, the following additional information is provided: Under this program, available cash balances (from securities transactions, dividend and interest payments, cash deposits, and other activities) in eligible accounts are automatically deposited into interest bearing Federal Deposit Insurance Corporation (FDIC) insured deposit accounts (Deposit Accounts) at one or more of the banks or other depository institutions set forth on the DCA Available Bank List (ABL). For the item listed on line 9, cash balances were deposited in the following financial institutions during the listed months:

Bank OZK (formerly known as Bank of the Ozarks) - January 2019

Centennial Bank - February, March, and April 2019.

Comennity Capital Bank - May 2019.

Lake Forest Bank & Trust Co N - June and July 2019

Cit Bank NA - August 2019

Item listed in Part VII, page 5, line 19, LPL Financial (LPL) Deposit Cash Account (DCA) Progam, the following additional information is provided: Under this program, available cash balances (from security transactions, divident and interest payments, cash deposits and other activities) in eligible accounts are automatically deposited into interest bearing Federal Deposit Insurance Corporation (FDIC) insured deposit accounts (Deposit Accounts) at one or more of the banks or other depository institutions set forth on the DCA Available Bank List (ABL). For the item listed on line 19, cash balances were deposited in the following financial institutions during the listed months:

Centennial Bank - January, February, March, April, May, June and July 2019.

Beal Bank USA - August 2019

Prior to preparing the January 23, 2019 amendment to my 2018 Annual Report, I was not aware that IRA cash assets had been deposited in this type of account or program. I am informed by my financial advisor/manager that neither he, I, or my ▓▓▓▓ had any control or discretion to determine the financial institutions in which cash assets would be deposited.

| Name of Person Reporting | Date of Report |
|---|---|
| Foley, Jr., George W. | 01/23/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George W. Foley, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544